| | |
|---|---|
| 1 | Daniel D. McMillan (CA SBN 135119) |
| 2 | dmcmillan@jonesday.com |
|   | Carolyn Ann Woodson (CA SBN 246434) |
| 3 | cawoodson@jonesday.com |
|   | JONES DAY |
| 4 | 555 West Fifth Street, Suite 4600 |
|   | Los Angeles, CA  90013-1025 |
| 5 | Telephone:  (213) 489-3939 |
|   | Facsimile:  (213) 243-2539 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | JACOBS ENGINEERING GROUP INC. |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK T. GRIFFIN, on behalf of himself and the tax payers of the State of California; PINNER CONSTRUCTION CO., INC., a California corporation; MECHANICAL TECHNOLOGY SYSTEMS, INC., a California corporation; MCGUIRE CONTRACTING, INC., a Nevada corporation, | Case No.:  2:22-cv-6183 |
| | Los Angeles Superior Court Case No. 22STCV24860 |
| | **JACOBS ENGINEERING GROUP INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441** |
| Plaintiffs, | |
| v. | |
| MARK W. STRAUSS, an individual; DACM PROJECT MANAGEMENT, INC., a Florida corporation; ARCADIS U.S., INC., a Delaware corporation; JACOBS ENGINEERING GROUP INC., a Delaware corporation; KEVIN TYRELL, an individual; GIG PUKPRAYURA, an individual; QDG INCORPORATED, a California corporation; LOS ANGELES COMMUNITY COLLEGE DISTRICT, an agency organized and existing pursuant to the laws of the State of California; and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Jacobs Engineering Group Inc. ("JEG") hereby files a Notice of Removal for the above-captioned action to this Court.

In further support of this Notice of Removal, JEG states:

1. JEG is a named Defendant in Civil Action No. 22STCV24860 filed by Plaintiffs Dirk T. Griffin, on behalf of himself and the tax payers of the State of California; Pinner Construction Co., Inc., a California corporation; Mechanical Technology Systems, Inc., a California corporation; McGuire Contracting, Inc., a Nevada corporation (collectively, "Plaintiffs") in the Superior Court of California, County of Los Angeles (the "State Court Action").[1]

2. The Complaint ("Complaint") in the State Court Action was filed with the Clerk of the Superior Court for the State of California, County of Los Angeles, on August 2, 2022.

3. JEG received a copy of the Complaint on or after August 2, 2022. This Notice of Removal is accordingly being filed with this Court within thirty (30) days after JEG received a copy of Plaintiffs' Complaint setting forth the claims for relief upon which Plaintiffs' action is based.  *See* 28 U.S.C. § 1446(b).

4. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.

5. This Court is the proper district court for removal because the State Court Action is pending within this district.

6. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, record of electronic filings with the Court, and orders in the State Court Action are attached hereto as Exhibit 1.  To the best of JEG's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in

---

[1] We believe Plaintiffs have incorrectly named JEG as a defendant in the Complaint.  JEG is not a party to the alleged contract with The Los Angeles Community College District.  Instead, Jacobs Project Management Co. is the entity that has a contract with The Los Angeles Community College District.  Plaintiffs' incorrect naming of JEG as a defendant in the Complaint will be addressed at a later time.

1 | the State Court Action.

2 |     8.    The other defendants named in the Complaint (Mark W. Strauss; DACM Project Management Inc.; Arcadis U.S. Inc.; Kevin Tyrell; Gig Pukprayura; QDG Incorporated; and the Los Angeles Community College District) consent to this removal. *See* attached Exhibit 2.

    9.    The State Court Action includes a claim that arises under the Racketeer Influenced and Corrupt Organizations (RICO) Act, 18 U.S.C. §§ 1961 *et seq*. This claim for relief under RICO gives this Court original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 18 U.S.C. § 1964(c). The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a). In addition to the RICO cause of action, there are four other causes of action that arise under the same set of facts as the RICO claim. As a consequence, this Court has supplemental jurisdiction over the four claims. This is because these claims: (i) arise from the same set of operative facts that underlie Plaintiffs' RICO claims; and (ii) relate to the same subject matter; namely allegedly false and fraudulent statements. Accordingly, Plaintiffs' state-law claims are related to their federal question allegations, thereby forming a part of the "same case and controversy" pursuant to 28 U.S.C. § 1367(a).

    10.    Promptly after the filing of this Notice of Removal, JEG shall provide notice of the removal to Plaintiffs' attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

    11.    By filing this Notice of Removal, JEG does not waive any defense to the Complaint, including but not limited to lack of service, improper service, or lack of personal jurisdiction.

    WHEREFORE, JEG notices the removal of this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. §1441

1 | *et seq.*

3 | Dated: August 30, 2022          JONES DAY

By: /s/ Daniel D. McMillan
Daniel D. McMillan

Attorneys for Defendant
JACOBS ENGINEERING GROUP INC.